UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

HEATHER HORN,                                    :
                                                 :        Civil Action No. 5:14-cv-3699
                     Plaintiff,                  :
          v.                                     :
                                                 :
LIFE INSURANCE COMPANY OF                        :
NORTH AMERICA,                                   :
                                                 :
                     Defendant.                  :
_____

# O R D E R

**AND NOW,** this 20th day of July, 2015, upon consideration of the parties' cross-motions for summary judgment, ECF Nos. 21 and 24, and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff Heather Horn's Motion for Summary Judgment, ECF No. 21, is **GRANTED** in part and **DENIED** in part.

    a. The parties are directed to confer as to the amount of judgment due for the initial twenty-four month period of Plaintiff's eligibility for benefits. Within twenty-one days of this order, Plaintiff shall either submit a proposed Judgment Order setting forth the agreed upon amount or, in the event the parties cannot agree, shall file a motion for judgment and Defendant may file a response within fourteen days of the date that motion is filed.

1

b.  If Plaintiff desires to submit a petition for fees and costs, she shall do so within

forty-five days of this Order. Defendant shall file a response within fourteen

days of the date the petition is filed.

2.  Defendant Life Insurance Company of North America's Motion for Summary

Judgment, ECF No. 24, is **DENIED**.

3.  The case is **REMANDED** to Defendant to determine Plaintiff's eligibility for

disability benefits after the initial twenty-four month period.

4.  In light of the disposition of this case, the nonjury trial previously scheduled for

August 10, 2015, is **CANCELLED**.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*_____
**JOSEPH F. LEESON, JR.**
**United States District Judge**