IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEATHER HORN,
    Plaintiff

vs.    No. 14-CV-3699

LIFE INSURANCE
COMPANY OF NORTH AMERICA

    Defendant

FILED
AUG 12 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER OF JUDGMENT

AND NOW this 12th day of August, 2015 based upon the agreement of the parties, judgment is entered against the Defendant and in favor of the Plaintiff in the amount of $36,617.20 plus interest in the amount of $963.17. Plaintiff's counsel is awarded $23,765.00 in attorneys' fees and $371.60 in costs.

By: _____
Joseph F. Leeson, Jr., J.

8-12-15 e-mailed